FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 NOV 19 PM 4:12
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JORDAN ROBERT LANGSTON,

Defendant.

8:26CR5

INFORMATION
18 U.S.C. § 113(a)(5)
49 U.S.C. § 46506(1)

The United States Attorney charges:

COUNT I

On or about December 28, 2025, in the District of Nebraska, JORDAN ROBERT LANGSTON, defendant herein, within the special aircraft jurisdiction of the United States, namely United Airlines Flight UA2410, from Dulles International Airport, Washington, D.C., to Salt Lake City International Airport, Utah, did assault Flight Attendant 1 by striking and shoving Flight Attendant 1.

In violation of Title 18, United States Code, Section 113(a)(5) and Title 49, United States Code, Section 46506(1).

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney

By: ________________________
SARAH A. HINRICHS, #24335
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400

Omaha, NE 68102-1506
Tel: (402) 661-3700
E-mail: Sarah.Hinrichs@usdoj.gov

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

SARAH A. HINRICHS, 24335
Assistant U.S. Attorney